# Exhibit B

## To Defendant Eli Lilly and Company's Notice of Removal of Civil Action

Case being removed:
*Karen Duseau v. Eli Lilly and Company*
D.C. Superior Ct. No. 05-0005731

124658v1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * *
KAREN DUSEAU,                    *
54 Tower Avenue                  *
South Weymouth, MA  02190        *
                                 *
            Plaintiff,           *  CIVIL ACTION _____
                                 *
     vs.                         *  SUPERIOR COURT NO. 05-0005731
                                 *
ELI LILLY AND COMPANY, et al.    *
                                 *
            Defendants.          *
                                 *
* * * * * * * * * * * * * * * * * * * * * * * *
```

**DEFENDANT BRISTOL-MYERS SQUIBB COMPANY'S CONSENT TO REMOVAL**

Defendant Bristol-Myers Squibb Company, with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 05-0005731), to this Court.

*[signatures]*

Sidney G. Leech
Goodell, Devries, Leech & Dunn, L.L.P.
One South Street, 20th Floor
Baltimore, Maryland 21202
Telephone: (404) 783-4000
Facsimile: (404) 783-4040

**ATTORNEYS FOR BRISTOL-MYERS SQUIBB COMPANY**

1723515v1