SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

KAREN DUSEAU,         \*
54 Tower Avenue        \*
South Weymouth, MA 02190   \*
                               \*
                Plaintiff,        \*
                               \*
        vs.                 \*
                               \*
ELI LILLY AND COMPANY,      \*    SUPERIOR COURT NO. 05-0005731
Lilly Corporate Center       \*
Indianapolis, IN 46285, and    \*
                               \*
BRISTOL-MYERS SQUIBB COMPANY   \*
a successor of E.R. SQUIBB & SONS, INC., \*
P.O. Box 4500               \*
Princeton, NJ 08543           \*
                  Defendants.    \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL TO FEDERAL COURT

TO:    THE CLERK OF THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA, CIVIL DIVISION.

PLEASE TAKE NOTICE that on the __8th__ day of August, 2005, defendant Eli Lilly and Company filed in the United States District Court for the District of Columbia, a Notice of Removal of the above styled action. A true copy of such Notice of Removal is attached hereto as Exhibit "1" and is incorporated herein by reference.

Pursuant to 28 U.S.C. Section 1446(d), the filing of the attached Notice of Removal has effected the removal of the above styled action, and the Superior Court of the District of Columbia, Civil Division, should proceed no further unless and until this case is remanded.

05 1583

**FILED**

AUG - 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1722398v1

Respectfully submitted,

*Michelle R. Mangrum*
Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
SHOOK, HARDY & BACON, L.L.P
600 14TH Street, NW Suite 800
Washington, D.C. 20005-2004
Phone: (202) 783-8400
Fax: (202) 783-4211

and

David W. Brooks
Mark C. Hegarty
John F. Kuckelman
Harley V. Ratliff
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

1722398v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __8th__ day of August, 2005, a copy of the foregoing has been furnished by U.S. Mail, postage prepaid, to counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorney for Plaintiff**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

**Attorneys for Bristol Myers Squibb Company**

_____
ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY

1722398v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  8th  day of August, 2005, a copy of the foregoing has been furnished by U.S. Mail, postage prepaid, to counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, DC 20036

**Attorney for Plaintiff**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

**Attorneys for Bristol Myers Squibb Company**

*Michelle R. Mangrum*
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

1722407v1