UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAREN DUSEAU                         *

    Plaintiff                              *

                                      Civil Action No.: 05-CV-01583(GK)
v.                                   *

ELI LILLY & COMPANY, et al.          *

    Defendants                         *

        *   *   *   *   *   *   *   *   *

### NOTICE TO ENTER APPEARANCE

Mr. Clerk:

Please enter the appearance of Sidney G. Leech, Malcolm S. Brisker and Goodell, DeVries, Leech & Dann, LLP as attorneys for Bristol-Myers Squibb Company in the above-captioned case.

                                                /s/
                              Sidney G. Leech  (D.C. Bar No. 359071)
                              Malcolm S. Brisker
                              Goodell, DeVries, Leech & Dann, LLP
                              One South Street, 20th Floor
                              Baltimore, Maryland 21202
                              410-783-4000
                              *Attorneys for Defendant*
                              *Bristol-Myers Squibb Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August 2005, a copy of Defendant Bristol-Myers Squibb Company's Notice to Enter Appearance was sent by first class mail, postage-prepaid to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*

John Kuckelman, Esquire
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108;

Michele R. Mangrum, Esquire
Shook, Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004; *Attorneys for Eli Lilly & Company*

                                                     /s/
                                      Sidney G. Leech