IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN DUSEAU, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | Civil Action No.: 05-1583 (GK) |
| ] | Next Event: Initial Scheduling Conference |
| ELI LILLY AND COMPANY, et al., ] | on August 29, 2005 at 10:00 a.m. |
| ] | |
| Defendants. ] | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Steven J. Lewis of AARON M. LEVINE & ASSOCIATES as counsel for plaintiff KAREN DUSEAU in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Steven J. Lewis
STEVEN J. LEWIS, #472564
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046