IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN DUSEAU, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | Civil Action No.: 05-cv-1583 (GK) |
| ] | Next Event: Initial Scheduling Conference |
| ELI LILLY AND COMPANY, et al., ] | on August 29, 2005 at 10:00 a.m. |
| ] | |
| Defendants. ] | |

## [PROPOSED] SCHEDULING ORDER

November 17, 2005:   Deadline for Joinder and/or Amendment of the Pleadings.

November 28, 2005:   Deadline for serving Discovery Requests.

December 28, 2005:   Deadline for plaintiff to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

March 28, 2006:   Deadline for defendants to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

April 27, 2006:   All Discovery closed. The parties agree that experts may be deposed until the close of discovery.

May 30, 2006:   Deadline for Filing Dispositive Motions.

July/August 2006:   Pre-Trial Conference.


DATED: _____     _____
                                                              GLADYS KESSLER
                                                              United States District Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| AARON M. LEVINE & ASSOCIATES | SHOOK, HARDY & BACON, L.L.P. |
| /s/ Aaron M. Levine | /s/ Michelle R. Mangrum (by permission-rm) |
| AARON M. LEVINE, #7864 | MICHELLE R. MANGRUM, #473634 |
| 1320 19th Street, N.W., Suite 500 | 600 14th Street, N.W., Suite 800 |
| Washington, DC  20036 | Washington, DC  20005-2004 |
| 202-833-8040 | 202-223-1200 |
| Counsel for Plaintiff | and |

David W. Brooks, Esq.
Mark C. Hegarty, Esq.
John F. Kuckelman, Esq.
Harley V. Ratliff, Esq.
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108
816-474-6550

Counsel for Defendant Eli Lilly and Company

GOODELL, DEVRIES, LEECH & DANN LLP


 /s/ Sidney G. Leech (by permission-rm)
SIDNEY G. LEECH, #359071
One South Street, 20th Floor
Baltimore, MD  21202
410-783-4000

Dated: August 18, 2005