IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN DUSEAU,<br>54 Tower Avenue<br>South Weymouth, MA 02190<br><br>     **Plaintiff,**<br><br>  vs.<br><br>ELI LILLY AND COMPANY,<br>Lilly Corporate Center<br>Indianapolis, IN  46285<br><br>BRISTOL-MYERS SQUIBB COMPANY<br>A successor of E.R. SQUIBB & SONS, INC.,<br>P.O. Box 4500<br>Princeton, NJ 08543<br><br>     **Defendants**. | Civil Action No. 05-cv-01583-GK |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of John Chadwick Coots as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated:  August 22, 2005       Respectfully Submitted,

                  SHOOK, HARDY & BACON, L.L.P.

                   /s/ John Chadwick Coots
                  John Chadwick Coots, DC Bar No. 461979
                  600 14th Street, N.W., Suite 800
                  Washington, D.C. 20005-2004
                  (202) 783-8400 Telephone
                  (202) 783-4211 Facsimile

                  **ATTORNEYS FOR DEFENDANT**
                  **ELI LILLY AND COMPANY**

125119v1

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 22nd day of August, 2005, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

**Attorneys for Bristol Myers Squibb Company**

 /s/ John Chadwick Coots
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**