THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| **KAREN DUSEAU,** | \* |
| | \* |
| **Plaintiff,** | \*   Civil Action No. 05-cv-01583 (GK) |
| | \* |
| vs. | \*   Next Scheduled Event: |
| | \*   **Scheduling Conference,** |
| **ELI LILLY AND COMPANY,** | \*   **March 24, 2006, 10:00 a.m.** |
| and | \* |
| | \* |
| **BRISTOL-MYERS SQUIBB COMPANY** | \* |
| a successor of E.R. SQUIBB & SONS, INC., | \* |
| | \* |
| **Defendants**. | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of Defendant Eli Lilly and Company's Motion to Transfer to the District of Massachusetts pursuant to 28 U.S.C. § 1404(a),

IT IS HEREBY ORDERED that Eli Lilly and Company's Motion is granted;

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1404(a), this case is transferred to the United States District Court for the District of Massachusetts.


Dated: _____, 2006      _____
                                    United States District Judge


cc:   Appended list of counsel of record

- 2 -

## COUNSEL OF RECORD

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
**Attorneys for Bristol Myers Squibb Company**

Michelle R. Mangrum, Esq.
Shook, Hardy & Bacon L.L.P.
600 14th Street, N.W., Suite 800
Washington, D.C.  20005-2004
**Attorneys for Defendant**
**Eli Lilly and Company**