# Exhibit 2

To
Memorandum of Points and Authorities
in Support of Defendant Eli Lilly and Company's
Motion to Transfer to the District of Massachusetts

Filed in:
*Karen Duseau v. Eli Lilly and Company, et al.*
U.S. District Court for the District of Columbia
Civil Action No. 05-CV-1583-GK

129804v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**KAREN DUSEAU,**             ]
                              ]
    Plaintiff,        ]
                              ]
    v.                ]   Civil Action No.: 05-cv-01583-(GK)
**ELI LILLY AND COMPANY, et al.** ]
                              ]
    Defendants.       ]

PLAINTIFF KAREN DUSEAU'S ANSWERS TO PLAINTIFF
ELI LILLY AND COMPANY'S FIRST SET OF INTERROGATORIES

1. Please state your present name, date and place of birth, Social Security Number, and all other names you have used or been known by, including the period during which you were known by such other names.

ANSWER: Name: Karen Duseau; Date of Birth: 07/03/1969; Place of Birth: St. Margaret's Hospital, Dorchester, Massachusetts; Social Security No.: 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; Prior Names: Karen Leary prior to 4/01/2000.

2. Please state in chronological order the full address for each residence at which you have resided for a period of thirty (30) days or more, and state the date each such residency was commenced and terminated.

ANSWER:
a. JUL1969 – JUL1977    Resided with Family of Origin
   89 Evans Street
   N. Weymouth MA 02191

b. JUL1973 – JAN 1985    Resided with Family of Origin
   426 Keene St
   Duxbury, Ma 02332

c. JAN1985 – JAN1988    Resided with Mother & Siblings
   18 Brookings Drive
   Kingston, MA 02364

d. JAN1988 – MAR1989    Resided with Friend
   Knoxville, TN

| | | |
|---|---|---|
| e. | MAR1989 – DEC1990<br>18 Brookings Drive<br>Kingston, MA 02364 | Resided with Mother |
| f. | DEC1990 – DEC 1993<br>US ARMY (Ft. Bliss, Texas) | Military Assignments |
| g. | JAN 1994 – JUL1995<br>18 Brookings Drive<br>Kingston, MA 02332 | Resided with Mother |
| h. | JUL1995 – JUN1996<br>Abington MA | Resided alone (college apt) |
| i. | JUL1996 – JUN 1997<br>Beebee Lane<br>Bridgewater MA | Resided with roommates (college apt) |
| j. | JUL1997 – JUL 1998<br>Peoples Ave<br>Troy NY 12180 | Resided alone (grad school apt) |
| k. | AUG 1998 – JUL1999<br>Waterviolet, NY | Resided alone (grad school apt) |
| l. | AUG1999 – JUL2001<br>Assonet, MA | Resided alone until married in APR2000, then, resided with husband, Richard Duseau |
| m. | JUL2001 – NOV2001<br>96 Park Ave<br>S. Weymouth MA 02190 | Resided with Husband and In-Laws |
| n. | NOV2001 – Present<br>54 Tower Ave<br>S. Weymouth MA 02190 | Resides with Husband |

3. Please state whether you have ever been married and, if so, for each marriage identify the full name and present address of your spouse, the date and place of marriage and the date, place and manner of the termination of any such marriage, including the date, place and court where any divorce or dissolution was granted.

6. Except for the present lawsuit, if you ever made any claim or filed any lawsuit for personal injury or disability, please provide the details, including the approximate date each such claim or other lawsuit was filed; the nature of your claimed injury, disability or condition; the name and address of each person, firm or corporation against whom such claim or suit was made or filed; the amount received by way of settlement, payment or judgment for each such claim or suit; the approximate date, location and circumstance of the occurrence causing any injury, disease or disability for each such suit or claim; and the name and address of the court, commission or other body before which such claim or suit was filed, if any, and the number assigned to each such claim or suit.

**ANSWER:** Not Applicable.

7. Please state the name and address of each physician or other health care provider who has treated you for any reason which you do **not** attribute to your alleged exposure to the diethylstilbestrol (DES) referred to in your Complaint, including the nature, date, location, of any such treatment, the name and address of each hospital, clinic or other health care facility where you were confined, treated or examined, and the dates of such confinement, treatment or examination.

**ANSWER:** Plaintiff objects to this Interrogatory as overly broad, burdensome, irrelevant, nor will it lead to the discovery of any relevant information pertaining to Plaintiff's claims. In addition, Plaintiff objects to any health care provider not relevant to her gynecological or associated conditions. Without waiving said objections, to the best of Plaintiff's recollection, the following have conducted gynecological examinations:

    a. Plymouth Family Planning - Health Care of Southeast Massachusetts, 5 Castle St., Plymouth, MA 02360. Approx. Years: 1989-1990, then 1994-1997.

    b. Medical Offices of Donna Holden, M.D., 70 Pleasant St., Weymouth, MA, 02190; 1996-1997.

    c. Student Health Center, Rensselaer Polytechnic Institute, 3200 Academy Hall, 110 Eighth St., Troy, NY, 12180. Approx. Years: 1998-1999

    d Dr. Beverly Savage, Pilgrim Shore Ob/Gyn, 95 Tremont St. #10, Duxbury, MA

02332. Approx. Years: 1999-2002.

e. Dr. Scott Dreiker, MD, 688 Bedford, St., Whitman, Massachusetts, 03282; Approx. Years: 2002 - Present.

f. Dr. Elena Yanushpolsky, Brigham & Women's Center for Reproductive Medicine (South Shore Hospital Offices), 75 Francis St., Boston, Massachusetts, 02115; Approx. Years: 2000-present.

8. In regard to your menstrual history, please state your age at the onset of menstruation, whether menstruation was regular, and if not, describe such irregularities as well as any cramping, fainting, dizzy spells, or any other difficulties with menstruation (such as excessive or prolonged flow), and if you have consulted a physician or other health care provider regarding any of these irregularities or difficulties, please state the name and address of the physician, the approximate dates consulted and the reason for any such consultation, examination or treatment.

**ANSWER:** Plaintiff's age at menarche was approximately twelve. Her cycle follows a regular interval, with reports of intermittent discomfort. See Plaintiff's Answers to Interrogatory #7.

9. If you have ever attempted to become pregnant, but been unable to conceive, please state the number of months or years (give approximate dates) you were unable to conceive, and the name and address of any physician or other health care provider consulted and the date(s) of each consultation.

**ANSWER:** Plaintiff started attempting pregnancy after her marriage in September 2000. See Medical Records, produced in response to Defendant's Request for Production of Tangible Things. Treating Doctor(s): Beverly Savage M.D., Pilgrim Shore Ob/Gyn, 95 Tremont St. #10, Duxbury, MA 02332; Scott Dreiker, M.D., 688 Bedford St., Whitman, Massachusetts, 03282, and Elena Yanushpolsky, MD, Brigham and Women's Medical Center/Center for Reproductive Medicine, 75 Francis, St., Boston,

       Massachusetts, 02115.

10. If you have ever been pregnant, please state the number of months or years you attempted to conceive before becoming pregnant and the approximate date of conception; the date of termination of the pregnancy and the result (e.g., childbirth, miscarriage, spontaneous abortion, therapeutic abortion, etc.); the name and address of each physician of other health care provider consulted during the pregnancy; the name and address of the physician or other health care provider consulted during the pregnancy; the name and address of the physician or other health care provider attending the birth (or abortion); the name and address of the hospital where each child was born (or each pregnancy, miscarried or aborted); if the pregnancy resulted in the birth of a child, the name and address of each child; whether the child had any birth defects or inherited diseases/disorders and, if so, the nature of each such birth defect, disease or disorder; whether each child is now deceased and, if so, the date, place, and cause of each child's death.

**ANSWER:** Plaintiff was pregnant in 1987; pregnancy ended in voluntary interruption of pregnancy; Reproductive Associates, 1298 Beacon St., Brookline, Massachusetts, 02446.

11. Please state the inclusive dates of your mother's pregnancy with you, your mother's and father's names as of your date of birth, your mother's address during her pregnancy with you, the name and address of the doctor and/or other persons who delivered you, the name and address of the hospital or other place where you were delivered, including a description of the location if not delivered in a hospital.

**ANSWER:** Inclusive Dates of Pregnancy: approximately 10/1968 to 7/1969; Parent's names: Rosalie and Daniel Leary; Mother's Address: 1135 Front St. Until #24, South Weymouth, MA 02190; Father's Address: 105 Tremont St., Braintree, MA, ; Doctor's name and address: Dr. Paul Cotter; Quincy OB-GYN, 30 Beach St., Quincy, MA 02179. Hospital: St. Margaret's Hospital, South Boston, MA.

12. Please list the names of all the drugs and medications used by you within the last ten (10) years, including, but not limited to, antibiotics, contraceptives, tranquilizers, sleeping pills, antihypertensives, diet aids or hormones; the inclusive dates each such drug or medication was used; the purpose for which each such drug or medication was used; and the name of the

6

ANSWER:   Plaintiff's Special Damages will be produced upon receipt and compilation.

16. If you are claiming any loss of income or earnings as a result of any injuries, disabilities or conditions attributed to your alleged exposure to the drug identified in your Complaint, please state the total amount claimed, the dates of employment missed and the reasons therefore; and for the last 5 years in which you filed federal income tax returns, state as to each return filed, your name as it appeared on the federal return, whether the return was a joint return, and the name of your spouse as it appeared on the return if a joint return was filed, and your address as it appeared on the return.

ANSWER:   Plaintiff is not making a claim for loss of wages at this time.

17. As to your mother, please state her full name and maiden name; her date and place of birth; her present address if living, the date and cause of death if deceased; all residences at which your mother lived for a period of more than thirty (30) days since her pregnancy with you was diagnosed; any and all major illnesses, diseases and/or conditions your mother has or has had and the approximate dates of such illness, disease and/or condition; the approximate date of each of your mother's pregnancies; the outcome of each of your mother's pregnancies; what drugs, including diethylstilbestrol (DES), were administered in each of your mother's pregnancies; any medical problems developed during your mother's pregnancies; the name and address of each physician or other health care provider your mother consulted during each pregnancy; the name and address of the hospital or clinic where your mother was confined during each such pregnancy; your mother's present marital status and, if married, the name and address of her spouse.

ANSWER:   Mother's name: Rosalie A. (Gorman) Leary; Date and place of birth: 2/10/1938 in Weymouth, Massachusetts; Present Address: 1135 Front St. Until #24, South Weymouth, MA 02190;

Prior addresses:

a.   1965:  69 Sagamore Ave        resided with husband, and son born
             N. Quincy MA

b.   1967:  68 Gilmore St          resided with Family, daughter #1 born
             N. Weymouth, MA       02191

    c.    1969 - 1977:

        89 Evans Street        resided with Family, DES daughter born

        N. Weymouth, MA   02191

    d.    1977 – 1985        resided with family

        426 Keene St

        Duxbury, MA 02332

    e.    1985 – 1997        resided with family

        18 Brookings Drive

        Kingston, MA 02364

    f.    1997 – present        resides alone

        1135 Front St. #24

        S. Weymouth MA 02190

Mother's major illnesses:   None.

Plaintiff's mother has been pregnant three times as follows:

(1) July 1964 - May, 3, 1965 - pregnancy with Daniel Leary; Dr. Paul Cotter, Pratt OB/GYN; No DES given.

(2) May, 1966- 3/1/1967- Pregnancy, Christine Leary; Dr. Paul Cotter, Pratt OB/GYN; dilation began in December, 1966. Given DES.

(3) September, 1968 - 7/3/1969 - pregnancy with Client; Dr. Paul Cotter, Pratt OB/GYN; Given DES at onset of pregnancy due to complications with Christine.

Marital Status: Divorced. Former Spouse's name and address: Daniel F. Leary, 105 Tremont St., Braintree, MA. DOB: 12/24/1937.

18. As to your father, please state his full name; his place and date of birth; his present address if living, the date and cause of death if deceased; all residences at which your father lived for a period of more than thirty (30) days since the date of your birth; all major illnesses, diseases and/or conditions which your father has or has had and the approximate dates of such illness, disease and/or condition; his present marital status and, if married, the name and address of his spouse.

**ANSWER:** Father's name: Daniel F. Leary; Date and Place of Birth: 12/24/1937 in Quincy, MA. Last Address: See Plaintiff's Answer to Interrogatory No. 17. Date of Death: N/A. Prior Residences: See Plaintiff's Answer to Interrogatory No. 17; Major Illnesses: None that Plaintiff is aware of; Marital Status/Spouse's Address: See Plaintiff's Answer to Interrogatory No. 17.

19. As to your brothers and sisters, please state their names at birth, their present names if different from their names at birth; their present addresses if living, the date and cause of their deaths if deceased; all major illnesses, diseases and/or conditions which each has had and the dates of each such illness, disease and/or condition; the date of each of their births and their relationship to you (natural brother, step-sister, adopted, etc.).

**ANSWER:** Plaintiff has two natural siblings as follows:

 a. Name: Daniel Leary; Address: 101 Bayview St., Scquim, WA, 98382; Major Illnesses: None; Date of Birth: 5/03/65. No DES Exposure

 b. Name: Christine Neuger; Address: Chandler Street, Duxbury, MA, 02332; Major Illnesses: None; Date of Birth: 3/01/67. DES Exposed in-utero.

20. As to your allegation that your mother ingested diethylstilbestrol (DES) during her pregnancy with you, and that such diethylstilbestrol (DES) was manufactured by Lilly, please state all dates when diethylstilbestrol (DES) was prescribed for your mother, the names and addresses of each physician who prescribed diethylstilbestrol (DES) for your

mother, the names and addresses of all pharmacies, physician's offices, hospitals, clinics or other places at which your mother obtained diethylstilbestrol (DES) or it was obtained for her, the name and address of each person known to you or your representatives who has knowledge of facts which support such allegations and please identify each fact and each document which support such allegations.

**ANSWER:**   a.   Date when DES was prescribed: during the first trimester; approx. 6th week of gestation.

   b.   Dr. Paul Cotter, Quincy OB-GYN, Quincy, MA. .

   c.   See Affidavit of Rosalie Leary, attached in response to Defendant's Request for Production.

   d.   See Affidavit of Dr. Phillip Sullivan, M.D., and also affidavit of plaintiff's mother in response to Defendant's Request for Production. Plaintiff reserves the right to supplement this response.

21. Describe in detail the physical appearance of the diethylstilbestrol you allege your mother ingested, including its form (for example, pill, injection, capsule), the shape, color, or size of any pill, tablet or capsule, the dosage of the DES your mother took, the number of times it was taken per day, and any markings that may have appeared on the product.

**ANSWER:**   Plaintiff's mother recalls that the DES was taken in pill form, was white, small, and un-coated. See Affidavit of Rosalie Leary, in response to Defendant's Request for Production

22. Please state the date on which you first believed that your mother took DES during her pregnancy with you, the date you first discovered any injury you claim to be due to your exposure to DES, and the date you first believed that DES manufacturers in general or any DES manufacturer in particular acted in any way wrongly, negligently, or tortuously in the manufacture or distribution of DES or in the warning about the use of DES.

**ANSWER:**   a.   Plaintiff first learned she was exposed to DES in her late teens.

11