IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN DUSEAU, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| v. | ] Civil Action No.: 05-1583 (GK) |
| | ] Next Event: Initial Scheduling Conference |
| ELI LILLY AND COMPANY, et al., | ] on March 24, 2006 at 10:00 a.m. |
| | ] |
| Defendants. | ] |

## NOTICE OF NON-OPPOSITION

COMES NOW the Plaintiff, by and through counsel, and declines to Oppose Defendant Eli Lilly and Company's Motion to transfer this matter to the District of Massachusetts.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES


 /s/ Aaron M. Levine
AARON M. LEVINE, #7864
1320 19th Street, N.W.
Suite 500
Washington, DC   20036
202-833-8040

Counsel for Plaintiff