Clerk's Office
United States District Court
for the District of Columbia
Washington, D.C. 20001

March 28, 2006

FILED
IN CLERKS OFFICE

2006 APR -3 P 4:04

U.S. DISTRICT COURT
DISTRICT OF MASS.

Clerk's Office
United States District Court
for the District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re: 05cv1583, DUSEAU v. ELI LILLY AND COMPANY, et al.

Dear Clerk:

On March 17, 2006, this Court signed an order transferring the above-entitled case to your Court. Enclosed please find the following:

✔ instructions for retrieving electronic case filings,
✔ certified copy of the docket entries,
✔ original documents in the file (docket numbers 1-3), and
✔ original file received from the Superior Court for the District of Columbia.

Please acknowledge receipt of our file on the duplicate copy of this letter indicating your case number and return it to me in the self-addressed, stamped envelope.

Your attention to this matter is greatly appreciated.

Sincerely,

NANCY MAYER-WITTINGTON, CLERK

By _____

RECEIVED

APR 5 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT